**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Moji Zahedi and Debra Zahedi, ) | |
| ) | |
| Plaintiffs, ) | No. CV 06-1547-PHX-PGR |
| ) | |
| vs. ) | ORDER |
| ) | |
| Home Depot, Inc., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the Court's Order Setting Scheduling Conference ("OSSC") entered on October 4, 2006, the Scheduling Conference in this matter was set for November 13, 2006 at 1:30 p.m.   While counsel for defendant Home Deport, Inc. timely appeared for the Scheduling Conference, counsel for the plaintiffs did not appear at all.  Because all parties need to be present in order for the Scheduling Conference to be meaningful, the Court will continue the Scheduling Conference to November 27, 2006 at 2:00 p.m.

Since the plaintiffs and their counsel were expressly warned in the OSSC that a failure to appear at the Scheduling Conference would lead to the imposition of an appropriate sanction, the Court will permit defendant Home Depot to seek

- 1 -

its reasonable attorney fees and costs incurred in attending the aborted Scheduling Conference.[1]   The plaintiffs and their counsel are warned that their failure to attend the reset Scheduling Conference will result in an appropriate sanction being imposed, which sanction may include the dismissal of this action without further notice.   Therefore,

IT IS ORDERED that the Scheduling Conference set for November 13, 2006 is continued to **Monday, November 27, 2006 at 2:00 p.m.** in Courtroom 601 due to the non-appearance of the plaintiffs' counsel.

IT IS FURTHER ORDERED that defendant Home Depot, Inc. shall have through November 24, 2006 in which to file a motion pursuant to Fed.R.Civ.P. 16(f) and 37(b)(2) seeking an award of its reasonable attorney's fees and costs incurred as a result of having to attend the Scheduling Conference set on November 13, 2006.

DATED this 15th day of November, 2006.

Paul G. Rosenblatt
United States District Judge

---

[1] Paragraph 6 of the OSSC stated in part that

THE PARTIES AND THEIR COUNSEL ARE WARNED THAT APPROPRIATE SANCTIONS MAY BE IMPOSED PURSUANT TO FED.R.CIV.P. 16(f) and FED.R.CIV.P. 37(b)(2) ... IF THERE IS A FAILURE TO ATTEND THE SCHEDULING CONFERENCE.

(Emphasis in original).   See also, LRCiv 83.1(e).

- 2 -