**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Moji Zahedi and Debra Zahedi,<br><br>        Plaintiffs,<br><br>    vs.<br><br>Home Depot, Inc., et al.,<br><br>        Defendants. | No. CV-06-1547-PHX-PGR<br><br>AMENDED SCHEDULING ORDER |

IT IS ORDERED that the parties' Motion to Extend Disclosure and Discovery Deadlines (doc. #25) is granted to the extent that the Scheduling Order (doc. #20) is amended as follows:[1]

(1) The plaintiffs shall disclose their expert witnesses' reports in compliance with Fed.R.Civ.P. 26(a)(2)(B) no later than **6/1/07**, and the defendant shall

---

[1] All other terms and provisions of the Scheduling Order (doc. #20) shall remain in full force and effect.
    Counsel are advised that the capitalization of the parties' names in the caption of the joint motion violates LRCiv 7.1(a)(3), and that the accompanying proposed form of order violates LRCiv 7.1(b)(3) by its inclusion of both counsel's identifying information and a signature block.

- 1 -

1  disclose its expert witnesses' reports in compliance with Fed.R.Civ.P. 26(a)(2)(B)
2  no later than **6/15/07**;
3          (2) All discovery shall be completed no later than **7/2/07**;
4          (3) All dispositive motions shall be filed no later than **7/18/07**;
5          (4) The Joint Pretrial Statement and all motions in limine shall be filed no
6  later than **8/6/07**;
7          (5) The Pretrial Conference set for July 9, 2007 is vacated and is reset to
8  **Monday, September 10, 2007, at 3:00 p.m.,** in Courtroom 601.
9          DATED this 27th day of April, 2007.

Paul G. Rosenblatt
United States District Judge

- 2 -