**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Moji Zahedi and Debra Zahedi,<br><br>      Plaintiffs,<br>  vs.<br><br>Home Depot, Inc., et al.,<br><br>      Defendants. | No. CV-06-1547-PHX-PGR<br><br>ORDER |

    The parties having filed a Stipulation for Dismissal With Prejudice (doc. #32) which is sufficient to automatically effectuate the dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii) without the necessity of a court order, <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

    IT IS ORDERED that the Clerk of the Court shall terminate this action.

    DATED this 9th day of August, 2007.

*[signature]*
Paul G. Rosenblatt
United States District Judge